922 A.2d 1210

IN THE MATTER OF MICHAEL A. SZEGDA AN ATTORNEY
AT LAW (ATTORNEY NO. 000301983).

May 31, 2007.

## ORDER

**MICHAEL A. SZEGDA** of **OLD TAPPAN, NEW JERSEY,** who was admitted to the bar of this State in 1983, having pleaded guilty in the Supreme Court of New York County, State of New York to an indictment charging him with grand larceny in the second degree, a class C felony, in violation of New York Penal Law § 155.40(1), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MICHAEL A. SZEGDA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MICHAEL A. SZEGDA** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **MICHAEL A. SZEGDA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL A. SZEGDA** comply with *Rule* 1:20–20 dealing with suspended attorneys.